**LNB BANCORP, INC.,
Plaintiff–Appellee,**

v.

**Richard M. OSBORNE, Individually and as the Trustee for the other Richard Osborne Trust, Defendant–Appellant.**

**No. 10–3515.**

United States Court of Appeals,
Sixth Circuit.

July 25, 2011.

Before: GRIFFIN and WHITE, Circuit Judges; and WATSON, District Judge.*

PER CURIAM.

On February 15, 2010, defendant Richard M. Osborne filed a motion to dissolve a preliminary injunction entered by the district court on April 3, 2009. On March 23, 2010, the district court denied Osborne's motion. Osborne now timely appeals. We review a district court's denial of a motion to dissolve a preliminary injunction for an abuse of discretion. *See Reese v. City of Columbus,* 71 F.3d 619, 622 (6th Cir.1995); *cf. Bazzetta v. McGinnis,* 430 F.3d 795, 802 (6th Cir.2005) (noting that a district court's denial of a request to dissolve a permanent injunction is reviewed for an abuse of discretion).

We conclude that the district court did not abuse its discretion in denying Os-

---

* The Honorable Michael H. Watson, United States District Judge for the Southern District of Ohio, sitting by designation.

borne's motion to dissolve the preliminary injunction. After carefully reviewing the record below, the parties' briefs, and the arguments contained therein, we are persuaded that the district court properly analyzed the issue in this case and correctly denied Osborne's motion. Rather than issue a detailed opinion, which would serve no useful purpose, we adopt the district court's reasoning set forth in its order dated March 23, 2010.

AFFIRMED.